IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT FASCIO, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:12CV00600 SWW |
| | * | |
| MADISON HEALTH & REHAB, LLC, ET AL., | * | |
| | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is the parties' joint motion for leave to file their settlement agreement under seal. The motion [ECF No. 85] is denied. Court approval of the parties' settlement agreement is not required because the Court denied plaintiffs' motion to proceed as a collective action.

Also before the Court is the parties' joint motion for dismissal with prejudice. The motion [ECF No. 87] is granted. This action is DISMISSED WITH PREJUDICE.

DATED this 19th day of May, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE